UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HERMAN L. SCOTT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-0719** |
| **LT. LEBLANC** | **SECTION "A"(4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Herman L. Scott's 42 U.S.C. § 1983 claims against defendant Lt. LeBlanc be **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915, § 1915A and as applicable, 42 U.S.C. § 1997e, as frivolous and otherwise for failure to state a claim for which relief can be granted until the conditions under *Heck v. Humphrey*, 512 U.S. 477 (1994), are met.

New Orleans, Louisiana, this 22nd day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE